# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Versace Alan Scott

_____

(Full name of the Plaintiff(s) in this action)

v.

Tina Ashby

Kia Beard

Patricia Fuller

Chastity Hollaway

Logan County Detention Center

(Full name of the Defendant(s) in this action)

FILED
JAMES J. VILT, JR. - CLERK
JAN 22 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 1:24-CV-18-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Versace Alan Scott

Place of Confinement: Logan County Dentention Center

Address: 304 W. 3rd Street Russellville KY 42276

Status of Plaintiff: CONVICTED (_) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Tina Ashby** is employed as **Nurse** at **Logan County Detention Center**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant **Chasty Hollaway** is employed as **Deputy Jailer** at **Logan County Detention Center**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant **Kia Beard** is employed as **Sargent Jailer** at **Logan County Detention Center**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant **Patricia Fuller** is employed as **Deputy Jailer** at **Logan County Detention Center**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (✓) NO (  )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _Versace Alan Scott_

Defendant(s): _Logan County Jail, et al._

Court (if federal court, name the district. If state court, name the county):

_United States District court western District of kentucky_

Docket number: _1:23-CV-P130-Jhm_

Name of judge to whom the case was assigned: _Joseph H. McKinley JR Senior Judge_

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _10-18-22_

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I'm sueing Tina Ashby For
1. Attempted murder
2. Conspicery to commit murder
3. Orginized crime
4. Failure to Report Felony crimes
5. Covering up after the Fact

I'm Sueing Kia Beard For Failure to Report 2 Attempted murders Felony crimes

I'm Sueing Patricia Fuller For Failure to Report Felony crimes to law enforcement

I'm Sueing Chasity Hollaway For Failure to Report Felony crime to law enforcement

4

## III. STATEMENT OF CLAIM(S) continued

Tina Ashby conspierd with Garcia and mintchie and cameron Dye And Quinton wright to kidnapp me Attempt murder on my life and cover it up after the fact and I Tried to get Patrica Fuller and Kia Beard and Chasity Fuller to Report it to ~~outside~~ outside Authority's and They All Refused to Report it to the outside Authoritey s to Avoid Arrest and Avoid them from getting Sued and Refused ~~to~~ give me names to sue them I had to Tell the Judge to court order them so I could get them to put on the lawsuite forms.

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ 100,000,000

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ _____

_____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 12 day of January, 2024.

*Versace Alan Scott*
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 1-12-2024.

*Versace Alan Scott*
(Signature)

6

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE KY 42276

Attn: Versace Scott

RECEIVED
JAMES J. VILT, JR. - CLERK
JAN 22 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Office of the Clerk
241 East Main Street, Suite 120
Bowling Green, KY 42101-2175

INMATE MAIL
UNCENSORED

